BEFORE CHIEF JUDGE RAO, AUGUST 22, 1968

**No. R68/27.**—Lollytogs, Ltd., *v.* United States, reappraisement R65/20402 (San Francisco).

In accordance with stipulation of counsel that the merchandie and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap Dec. 11073), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's wearing apparel) and that such value is the appraised unit value, net packed, less the commission of Swedish Trading Co., Ltd., of Hong Kong as indicated on the invoices.

BEFORE JUDGE BECKWORTH, AUGUST 30, 1968

**No. R68/28.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R60/7694, etc. (Boston).
**No. R68/29.**—Chadwick-Miller Importers, Inc. *v.* United States, reappraisements R63/1630, etc. (Boston).

In accordance with stipulation of counsel that the merchandise, the facts, and the issues are the same in all material respects as those in *United States* v. *Chadwick-Miller Imports, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise which was exported from Japan and is covered by these appeals and that said value is represented by the invoice unit ex-factory prices, net packed.